IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, A J
Johnson, Gwendolyn
Printed: 01/06/09

Case Number: 04 B 42694
Judge: Wedoff, Eugene R
Filed: 11/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 16, 2008
Confirmed: January 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 42,195.00 |  |
| Secured: |  | 25,874.50 |
| Unsecured: |  | 12,134.98 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 2,158.36 |
| Other Funds: |  | 27.16 |
| Totals: | 42,195.00 | 42,195.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Toyota Motor Credit Corporatio | Secured | 12,025.23 | 12,025.23 |
| 3. | Nuvell Credit Company LLC | Secured | 10,125.06 | 10,125.06 |
| 4. | HomeComings Financial Network | Secured | 3,410.74 | 3,410.74 |
| 5. | Dell Financial Services, Inc | Secured | 313.47 | 313.47 |
| 6. | Nuvell Credit Company LLC | Unsecured | 9,350.89 | 2,873.30 |
| 7. | AAA Checkmate LLC | Unsecured | 0.00 | 0.00 |
| 8. | Brother Loan & Finance | Unsecured | 110.77 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 1,090.55 | 330.24 |
| 10. | Dell Financial Services, Inc | Unsecured | 2,200.57 | 666.44 |
| 11. | American General Finance | Unsecured | 3,354.30 | 1,028.81 |
| 12. | Toyota Motor Credit Corporatio | Unsecured | 764.94 | 235.04 |
| 13. | Municipal Collection Services | Unsecured | 179.39 | 52.13 |
| 14. | Resurgent Capital Services | Unsecured | 11,897.38 | 3,654.86 |
| 15. | ECast Settlement Corp | Unsecured | 8,945.93 | 2,748.91 |
| 16. | Cingular Wireless | Unsecured | 1,800.55 | 545.25 |
| 17. | American Family Insurance | Unsecured |  | No Claim Filed |
| 18. | Beneficial Finance Corporation | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
|  |  |  | $ 67,569.77 | $ 40,009.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Johnson, A J
　　　　Johnson, Gwendolyn
　　　　Printed: 01/06/09

Case Number:  04 B 42694
Judge:  Wedoff, Eugene R
Filed:  11/17/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 265.85 |
| 4% | 70.69 |
| 3% | 112.76 |
| 5.5% | 753.76 |
| 5% | 150.00 |
| 4.8% | 287.27 |
| 5.4% | 518.03 |
|  | $ 2,158.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

　　　　　　　　　　　　　　　Marilyn O. Marshall, Trustee, by:

